| | |
|---|---|
| 1 | MICHAEL COSENTINO State Bar No. 83253 |
| | Counsel for the United States |
| 2 | P.O. Box 129 |
| | Alameda, CA 94501 |
| 3 | |
| | Telephone: (510) 523-4702 |
| 4 | Facsimile: (510) 747-1640 |
| 5 | Attorney for Plaintiff |
| | United States of America |

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

**UNITED STATES OF AMERICA**,

        Plaintiff,

        v.

**ALICE A. FORTE HALEY**
**aka ALICIEA WALKER**,

        Defendant,

        and

**ALLEGIS GROUP**,

        Garnishee.
_____/

Case No. **C99-02316 M**

**WRIT OF CONTINUING GARNISHMENT**

TO:    Payroll Department
          ALLEGIS GROUP
          7312 Parkway Drive
          Hanover, MD 21076

YOU ARE HEREBY COMMANDED TO GARNISH FOR THE BENEFIT OF THE UNITED STATES OF AMERICA THE WAGES, SALARY, OR COMMISSION IN YOUR CUSTODY, CONTROL, OR POSSESSION IN WHICH THE DEFENDANT-JUDGMENT DEBTOR HAS AN OWNERSHIP INTEREST.

The name, SSN XXX-XX-6456, and last known address of the person who is the defendant-judgment debtor (hereinafter "debtor") in this action and whose property

is subject to this Writ are as follows:

> ALICE A. FORTE HALEY aka ALICIEA WALKER
> PO Box 2862
> Vacaville, CA 95696

This Writ has been issued at the request of the United States of America to enforce the collection of a civil judgment entered in favor of the United States against the debtor for a defaulted student loan in the amount of $6,189.79. There is a balance of $14,611.27 due on the judgment, which amount includes costs and interest computed through March 01, 2018; interest continues to accrue until paid in full.

The following are the steps that you must take to comply with this Writ. If you have any questions, you should consult with your attorney.

1. Pursuant to 28 U.S.C. § 3205(c)(2)(F), if you have in your custody, control, or possession any property of the debtor, including wages, salary, or commissions, in which the debtor has a substantial nonexempt interest, or if you obtain custody, control, or possession of such property while this Writ is in effect, you must immediately withhold such property from the debtor and retain it in your possession until you receive instructions from the Court which will tell you what to do with the property. The United States has requested that the sum of 25% of the debtor's disposable earnings, which under California law represents the nonexempt portion of the debtor's earnings, be withheld from the defendant's earnings.

2. Pursuant to 28 U.S.C. § 3205(c)(2)(E), you are required to answer this Writ within 10 days after service of this Writ upon you. You must answer the Writ even if you do not have in your custody, control, or possession any property of the debtor. Pursuant to 28 U.S.C. § 3205(c)(4), your answer must state, under oath, the following information:

    a. Whether or not you have in your custody, control, or possession, any property owned by the debtor in which the debtor has a substantial nonexempt interest, including nonexempt, disposable earnings;

| | | | |
|---|---|---|---|
|1| |b.|a description of such property and the value of such property;|
|2| |c.|a description of any previous garnishments to which such property is|
|3| | |subject and the extent to which any remaining property is not exempt;|
|4| | |and|
|5| |d.|the amount of the funds you anticipate owing to the debtor in the future|
|6| | |and whether the period for payment will be weekly or another specified|
|7| | |period.|

For your convenience, a form which addresses the above-requested information is attached and may be used to Answer the Writ.

    3. After you complete the answer under oath, pursuant to 28 U.S.C. § 3205(c)(2)(E) & (c)(4), within ten (10) days after service of this Writ upon you, you must mail or deliver the original Answer bearing the original signature of the person preparing the answer to the Court at the following address:

    Civil Clerk, United States District Court
    450 Golden Gate Avenue, 16th Floor
    San Francisco, CA 94102

At the same time that you mail or deliver the original answer to the Court, you must also mail or deliver a copy of the original Answer to both the debtor and attorney for the United States at the following respective addresses:

ALICE A. FORTE HALEY aka ALICIEA WALKER
PO Box 2862
Vacaville, CA 95696

Michael Cosentino, Counsel for the United States
P.O. Box 129
Alameda, CA 94501

Please note that the attached form Answer contains a certificate of service which needs to be completed by the person mailing the copies of the answer to the debtor and the attorney for the United States, and which needs to be filed along with the Answer.

    **IF YOU FAIL TO ANSWER THIS WRIT OR FAIL TO WITHHOLD PROPERTY**

**IN ACCORDANCE WITH THIS WRIT, THE UNITED STATES MAY PETITION THE COURT FOR AN ORDER REQUIRING YOU TO APPEAR BEFORE THE COURT TO ANSWER THE WRIT AND TO WITHHOLD PROPERTY IN ACCORDANCE WITH THE WRIT BEFORE THE APPEARANCE DATE. IF YOU FAIL TO APPEAR OR DO APPEAR AND FAIL TO SHOW GOOD CAUSE WHY YOU FAILED TO COMPLY WITH THIS WRIT, THE COURT WILL ENTER A JUDGMENT AGAINST YOU FOR THE VALUE OF THE DEBTOR'S NONEXEMPT INTEREST IN SUCH PROPERTY (INCLUDING NONEXEMPT DISPOSABLE EARNINGS). THE COURT MAY ALSO AWARD A REASONABLE ATTORNEY'S FEE TO THE UNITED STATES AND AGAINST YOU IF THE WRIT IS NOT ANSWERED WITHIN THE TIME SPECIFIED HEREIN AND IF THE UNITED STATES FILES A PETITION REQUIRING YOU TO APPEAR.**

SUSAN Y. SOONG, Clerk
United States District Court
for the Northern District of California

Dated: 3/6/2018     By: _____
                      Deputy Clerk   Mark Romyn



DO NOT WITHHOLD THE EXEMPT PORTION OF THE EMPLOYEE'S EARNINGS

1. <u>Earnings</u> include any money (whether called wages, salary, commissions, bonuses, or anything else) paid for personal services, pension, or retirement. Vacation or sick pay is earnings subject to withholding as it is *received* by the employee.

2. <u>Disposable earnings</u> are different from gross pay or take-home pay. They are the earnings left after deducting the part which state or federal law <u>requires</u> an employer to withhold as mandatory deductions. Generally, these mandatory deductions are federal income tax, social security (FICA) tax, state income tax, state disability insurance, and payments to <u>public</u> employee retirement systems. Disposable earnings can change from pay period to pay period, whenever gross pay or required deductions change.

To determine earnings that[1] are eligible for withholding, and therefore must be withheld, see the chart below.

USE THE CHART BELOW TO DETERMINE NONEXEMPT DISPOSABLE EARNINGS AND THE APPLICABLE WITHHOLDING AMOUNT[1] :

| **Pay Period:** | **Weekly or oftener** | **Every 2 weeks** | **Twice a month** | **Once a month** |
|---|---|---|---|---|
| **Disposable earnings:** | $ 0 to $217.50 | $ 0 to $435.00 | $ 0 to $471.25 | $ 0 to $942.50 |
| **Withhold:** | Nothing (entire earnings are exempt) | | | |
| **Disposable earnings:** | $217.51 to $290.00 | $435.01 to $580.00 | $471.26 to $628.33 | $942.51 to $1,256.67 |
| **Withhold:** | Amt. over $217.50 | Amt. over $435.00 | Amt. over $471.25 | Amt. over $942.50 |
| **Disposable earnings:** | $290.01 or more | $580.01 or more | $628.34 or more | $1,256.68 or more |
| **Withhold:** | 25% of disposable earnings (balance is exempt) | | | |

---

[1] Based on the Federal Minimum Wage Earnings of $7.25 an hour, effective 07/24/2009

Writ of Continuing Garnishment cand C99-02316 M

5

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>ALICE A. FORTE HALEY<br>aka ALICIEA WALKER,<br>　　　　　　Defendant,<br>　　　and<br>ALLEGIS GROUP,<br>　　　　　　Garnishee. | Case No. C99-02316 M<br><br>**ANSWER OF GARNISHEE** |

　　　I, _____, being first duly sworn, hereby state the following:

　　　1. I am the _____ (Official Title) of the Garnishee named in the above caption. I am authorized to prepare this Answer on behalf of the Garnishee.

　　　2. The Garnishee was served with the Writ of Continuing Garnishment on _____ (date) in this action.

　　　3. The Garnishee currently has custody, control, or possession of earnings of the Defendant. Yes____ No____

　　　4. The Garnishee expects to obtain custody, control, or possession of earnings

of the Defendant in the foreseeable future.  Yes____   No____

 5. For the pay period in effect on the date of service of this Writ of Continuing Garnishment, the Garnishee states as follows:

 a. Defendant was in my/our employ.  Yes____   No____

 b. The Defendant's pay period is ____ weekly,   ____ bi-weekly, ____ semi-monthly, ____ monthly.

 c. The Defendant's present pay period began on _____ (date). ("Present" means the pay period in which the Writ of Continuing Garnishment was served.)

 d. The Defendant's present pay period ends on _____ (date).

 e. The Defendant's net wages are as calculated below:

  (1) Gross Pay       $_____

  (2) Federal income tax $_____

  (3) F.I.C.A. tax   $_____

  (4) State income tax  $_____

  (5) SDI     $_____

   Total tax withholdings $_____

  Net Wages       $_____
  (gross pay minus above withheld taxes)

 6. Are there any other garnishments currently in effect?  Yes ____   No ____ If the answers is yes, describe below and attach to this Answer a copy of each garnishment:

_____
_____
_____

 7. Will the Garnishee owe the Defendant money in the foreseeable future? Yes ____   No____   If the answer is yes, provide the reason why such money will be owed, the amount of money that will be owed, and the date or dates on which each

payment will be due:

| Type of Payment | Amount | Date Payment Will be Due |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |

8. Does the Garnishee currently have custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest? Yes\_\_\_\_ No\_\_\_\_ If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest |
|---|---|---|
| 1._____ | _____ | _____ |
| 2._____ | _____ | _____ |
| 3._____ | _____ | _____ |
| 4._____ | _____ | _____ |

9. Does the Garnishee expect to obtain in the foreseeable future custody, control or possession of property (other than earnings) such as bank accounts, pensions, thrift plans, etc., in which the Defendant maintains an interest? Yes\_\_\_\_ No\_\_\_\_ If the answer is yes, then provide the following information for each item of such property:

| Description of Property | Approximate Value | Description of Defendant's Interest | Date Will Obtain Property |
|---|---|---|---|
| 1. _____ | _____ | _____ | _____ |
| 2. _____ | _____ | _____ | _____ |
| 3. _____ | _____ | _____ | _____ |
| 4. _____ | _____ | _____ | _____ |

10. Does the Garnishee have any objections or defenses to the Writ of Continuing Garnishment?   Yes____   No____   If the answer is yes, list the nature and basis of each objection and/or defense:

_____

_____

_____

_____

_____

On behalf of ALLEGIS GROUP, I hereby certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Telephone #_____

Fax #         _____

Dated: _____          By: _____

(Sign above and type or print name below)

## CERTIFICATE OF SERVICE

I, _____, declare:

That I am a citizen of the United States and employed in the County of _____, Maryland; that my business address is _____; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on _____ (date), I deposited in the United States mail, in envelopes bearing the requisite postage, a copy of:

**ANSWER OF GARNISHEE**

addressed to each of the following, at their last known addresses, at which place there is service by United States mail.

ALICE A. FORTE HALEY aka ALICIEA WALKER
PO Box 2862
Vacaville, CA 95696

Michael Cosentino
Counsel for the United States
P.O. Box 129
Alameda, CA 94501

This Certificate was executed on _____ (date), at _____ (city), Maryland.

I certify under penalty of perjury that the foregoing is true and correct.

_____
(sign above and type or print name below)